Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASIN COSAR, on behalf of himself and all others similarly situated,<br><br><br><br>Plaintiff(s),<br><br><br>-against-<br>F.H. CANN & ASSOCIATES, INC. and JOHN DOES 1-25<br><br><br>Defendant(s). | Civil Case: 2:18-cv-15229-WJM-MF<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

*s/ Ben A. Kaplan*
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: January 10, 2020

*s/ Graeme E. Hogan*
Graeme E. Hogan, Esq. .
Kaufman Dolowich Voluck
Two Logan Square
100 N. 18th Street, Suite 701
Philadelphia, PA 19103
Telephone (215) 501-7002
ghogan@kdvlaw.com
Attorneys for Defendant
Dated: January 10, 2020